NUMBER 13-02-211-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

ALLTECH INSPECTIONS, INC.,                                               Appellant,

 

                                                   v.

 

ROBERT
E. BRYANT, ET AL.,                                                 Appellees.

____________________________________________________________________

 

                        On appeal from the 117th  District Court

                                  of Nueces
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

            Before Chief Justice
Valdez and Justices Hinojosa and Yañez

                                               Opinion
Per Curiam

 

Appellant, ALLTECH
INSPECTIONS, INC., perfected an appeal from a judgment entered by the 117th District Court of Nueces County, Texas, in
cause number 00-6795-B.  After
the record was filed, the parties filed a joint motion to dismiss the
appeal.  The parties request that this
Court dismiss the appeal.








The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 8th day of August,
2002.